1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: ggilchrist@kilpatricktownsend.com
5         gcincone@kilpatricktownsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | LEVI STRAUSS & CO., | Case No. 11-01511-MEJ |
|---|---|---|
| 13 | Plaintiff, | **REQUEST TO EXTEND ADR AND CASE MANAGEMENT DEADLINES AND** |
| 14 | v. | **[PROPOSED] ORDER** |
| 15 | PARIGI GROUP LTD., | Judge:    Hon. Maria-Elena James |
| 16 | Defendant. | Complaint Filed:    March 29, 2011 |

17

18

19       Levi Strauss & Co. (LS&Co.) filed its complaint on March 29, 2011.  Because counsel for

20 both parties continue to discuss the possibility of settlement in lieu of pursuing litigation, LS&Co.

21 has not yet served the complaint.  The deadline for service of the complaint is July 27, 2011,

22 pursuant to Federal Rule of Civil Procedure 4(m).

23       In light of the fact that the complaint has not been served, and to facilitate ongoing,

24 productive settlement discussions, LS&Co. respectfully requests that the following deadlines be

25 continued as indicated below, or as the Court finds convenient.  LS&Co. requests to continue the

26 deadlines to file an ADR Certification signed by parties and counsel and to file either Stipulation

27 to ADR Process or Notice of Need for ADR Phone Conference, both currently set for June 16,

28 2011, for eight weeks until August 11, 2011.  LS&Co. further requests to continue the deadline to



file a Rule 26(f) Report and Case Management Statement, currently set for June 30, 2011, for eight weeks until August 25, 2011. Finally, LS&Co. requests to continue the Initial Case Management Conference, currently scheduled for July 7, 2011, at 10:00 A.M., for eight weeks until September 1, 2011.

A summary of the current and proposed schedules follows:

| Event | Current Schedule | Proposed Schedule |
| --- | --- | --- |
| Last day to file ADR Certification signed by Parties and Counsel | 6/16/2011 | 8/11/2011 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 6/16/2011 | 8/11/2011 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement | 6/30/2011 | 8/25/2011 |
| Initial Case Management Conference | 7/7/2011, 10:00 AM | 9/1/2011, 10:00 AM |

DATED: June 16, 2011

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Gregory S. Gilchrist*
    GREGORY S. GILCHRIST

Attorneys for Plaintiff
LEVI STRAUSS & CO.



REQUEST TO CONTINUE DEADLINES AND [PROPOSED] ORDER          - 2 -
CASE NO. 11-01511-MEJ

## [PROPOSED] ORDER

Good cause appearing, the deadlines for the following events are hereby continued as reflected in the chart below.

| **Event** | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Last day to file ADR Certification signed by Parties and Counsel | 6/16/2011 | 8/11/2011 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 6/16/2011 | 8/11/2011 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement | 6/30/2011 | 8/25/2011 |
| Initial Case Management Conference | 7/7/2011, 10:00 AM | 9/1/2011, 10:00 AM |

Date: June 17, 2011

_____
Hon. Maria-Elena James
United States Magistrate Judge

63545542 v1



REQUEST TO CONTINUE DEADLINES AND [PROPOSED] ORDER
CASE NO. 11-01511-MEJ

- 3 -