| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center Eighth Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email: ggilchrist@kilpatricktownsend.com |
| 5 |         gcincone@kilpatricktownsend.com |
| 6 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 7 | |
| | ALSTON & BIRD LLP |
| 8 | DEBORAH YOON JONES (State Bar No. 178127) |
| | 333 South Hope Street, Sixteenth Floor |
| 9 | Los Angeles, California 90071 |
| | Telephone: (213) 576-1000 |
| 10 | Facsimile: (213) 576-1100 |
| | Email: debbie.jones@alston.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | PARIGI GROUP LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV 11-01511 CW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PARIGI GROUP LTD., | CMC Date: September 6, 2011 |
| Defendant. | CMC Time:  2:00 p.m. |

The parties in the above-entitled action jointly submit this stipulated request to continue the Case Management Conference currently set for September 6, 2011, for two weeks, until September 20, 2011.

The parties are engaged in active settlement discussions and believe they are close to a resolution. The parties would like additional time to continue their discussions and hopefully



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW

1  finalize a settlement.

2  Accordingly, the parties believe it would be appropriate to continue the Case Management
3  Conference for a sufficient amount of time to allow settlement discussions to proceed.  Deferral of
4  the Case Management Conference while the parties negotiate a final settlement would be the most
5  economically efficient for the parties and obviate the need for engaging judicial resources at this
6  time.  The parties therefore respectfully request that the Case Management Conference currently
7  set for September 6, 2011, be continued to September 20, 2011.  This request will not affect any
8  other deadline set by the Court.

10  Respectfully submitted,

11  DATED:  August 31, 2011          KILPATRICK TOWNSEND & STOCKTON LLP

13  By:   /s/ Gia Cincone
       Gia Cincone
14     Attorneys for Plaintiff
       LEVI STRAUSS & CO.

16  DATED:  August 31, 2011          ALSTON & BIRD LLP

17  By:  /s/ Deborah Yoon Jones
       Deborah Yoon Jones
18     Attorneys for Defendants
       PARIGI GROUP LTD.

21  IT IS SO ORDERED.

23  DATED:  __September 2__, 2011          _____
                                             Hon. Claudia Wilken
24                                           United States District Judge

   63697723 v1



STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW                                              - 2 -