1    KILPATRICK TOWNSEND & STOCKTON LLP
       GREGORY S. GILCHRIST (State Bar No. 111536)
2    GIA L. CINCONE (State Bar No. 141668)
       Two Embarcadero Center Eighth Floor
3    San Francisco, CA  94111
       Telephone:  (415) 576-0200
4    Facsimile:  (415) 576-0300
       Email: ggilchrist@kilpatricktownsend.com
5            gcincone@kilpatricktownsend.com

6    Attorneys for Plaintiff
       LEVI STRAUSS & CO.
7

8    ALSTON & BIRD LLP
       DEBORAH YOON JONES (State Bar No. 178127)
       333 South Hope Street, Sixteenth Floor
9    Los Angeles, California 90071
       Telephone: (213) 576-1000
10   Facsimile: (213) 576-1100
       Email: debbie.jones@alston.com
11

12   Attorneys for Defendant
       PARIGI GROUP LTD.

13

14                      UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17   LEVI STRAUSS & CO.,               Case No. CV 11-01511 CW

18            Plaintiff,           **STIPULATION AND ORDER**
                                 **CONTINUING CASE MANAGEMENT**
19         v.                    **CONFERENCE**

20   PARIGI GROUP LTD.,             CMC Date:  September 6, 2011
                                 CMC Time:  2:00 p.m.
21           Defendant.

22

23

24         The parties in the above-entitled action jointly submit this stipulated request to continue

25 the Case Management Conference currently set for September 6, 2011, for two weeks, until

26 September 20, 2011.

27         The parties are engaged in active settlement discussions and believe they are close to a

28 resolution.  The parties would like additional time to continue their discussions and hopefully



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW

1   finalize a settlement.

2        Accordingly, the parties believe it would be appropriate to continue the Case Management

3   Conference for a sufficient amount of time to allow settlement discussions to proceed.  Deferral of

4   the Case Management Conference while the parties negotiate a final settlement would be the most

5   economically efficient for the parties and obviate the need for engaging judicial resources at this

6   time.  The parties therefore respectfully request that the Case Management Conference currently

7   set for September 6, 2011, be continued to September 20, 2011.  This request will not affect any

8   other deadline set by the Court.

9

10                              Respectfully submitted,

11   DATED:  August 31, 2011          KILPATRICK TOWNSEND & STOCKTON LLP

12

13                              By:    /s/ Gia Cincone
                                      Gia Cincone
14                                    Attorneys for Plaintiff
                                      LEVI STRAUSS & CO.
15

16   DATED:  August 31, 2011          ALSTON & BIRD LLP

17
                                By:  /s/ Deborah Yoon Jones
18                                    Deborah Yoon Jones
                                      Attorneys for Defendants
19                                    PARIGI GROUP LTD.

20

21    IT IS SO ORDERED.

22

23    DATED:  _September 2_, 2011

24                                    Hon. Claudia Wilken
     63697723 v1                      United States District Judge
25

26

27

28



STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW                                          - 2 -