KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: ggilchrist@kilpatricktownsend.com
       gcincone@kilpatricktownsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

ALSTON & BIRD LLP
DEBORAH YOON JONES (State Bar No. 178127)
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: debbie.jones@alston.com

Attorneys for Defendant
PARIGI GROUP LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> PARIGI GROUP LTD., <br><br> Defendant. | Case No. CV 11-01511 CW <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> CMC Date: September 20, 2011 <br> CMC Time: 2:00 p.m. |

    The parties in the above-entitled action recently requested a continuance of their Case Management Conference for two weeks, in order to allow them to conduct settlement discussions. The Court agreed and postponed the Case Management Conference to September 20, 2011.

    The parties continue to engage in active settlement discussions, and believe they are close to a resolution. The parties are hopeful that a settlement can be finalized within the next month.



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW

1  Accordingly, the parties believe it would be appropriate to continue the Case Management
2  Conference again, for a sufficient amount of time to allow settlement discussions to conclude.
3  The parties therefore respectfully request that the Case Management Conference currently set for
4  September 20, 2011, be continued for four weeks to October 18, 2011.
5       This request will not affect any other deadline set by the Court, and the parties will not
6  request a further continuance of the Case Management Conference.  If the matter does not settle
7  within the next 30 days, the parties expect to proceed with the Case Management Conference on
8  October 18.

9

10                      Respectfully submitted,

11  DATED:  September 13, 2011    KILPATRICK TOWNSEND & STOCKTON LLP
12

13                      By:    /s/ Gia Cincone
                          Gia Cincone
14                           Attorneys for Plaintiff
                          LEVI STRAUSS & CO.
15

16  DATED:  September 13, 2011    ALSTON & BIRD LLP
17
                    By: /s/ Deborah Yoon Jones
18                         Deborah Yoon Jones
                        Attorneys for Defendants
19                         PARIGI GROUP LTD.

20

21  IT IS SO ORDERED.
22

23  DATED:  September 15 , 2011
                               Hon. Claudia Wilken
24                                United States District Judge
63697723 v1
25

26

27

28



STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW     - 2 -