| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | GREGORY S. GILCHRIST (State Bar No. 111536) |
| 2 | GIA L. CINCONE (State Bar No. 141668) |
| | Two Embarcadero Center Eighth Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| | Email: ggilchrist@kilpatricktownsend.com |
| 5 |           gcincone@kilpatricktownsend.com |
| 6 | Attorneys for Plaintiff |
| | LEVI STRAUSS & CO. |
| 7 | |
| 8 | ALSTON & BIRD LLP |
| | DEBORAH YOON JONES (State Bar No. 178127) |
| 9 | 333 South Hope Street, Sixteenth Floor |
| | Los Angeles, California 90071 |
| 10 | Telephone: (213) 576-1000 |
| | Facsimile: (213) 576-1100 |
| 11 | Email: debbie.jones@alston.com |
| 12 | Attorneys for Defendant |
| | PARIGI GROUP LTD. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No. CV 11-01511 CW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PARIGI GROUP LTD., | CMC Date: September 20, 2011 |
| Defendant. | CMC Time: 2:00 p.m. |

The parties in the above-entitled action recently requested a continuance of their Case Management Conference for two weeks, in order to allow them to conduct settlement discussions. The Court agreed and postponed the Case Management Conference to September 20, 2011.

The parties continue to engage in active settlement discussions, and believe they are close to a resolution. The parties are hopeful that a settlement can be finalized within the next month.



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW

Accordingly, the parties believe it would be appropriate to continue the Case Management Conference again, for a sufficient amount of time to allow settlement discussions to conclude. The parties therefore respectfully request that the Case Management Conference currently set for September 20, 2011, be continued for four weeks to October 18, 2011.

This request will not affect any other deadline set by the Court, and the parties will not request a further continuance of the Case Management Conference. If the matter does not settle within the next 30 days, the parties expect to proceed with the Case Management Conference on October 18.

Respectfully submitted,

DATED: September 13, 2011        KILPATRICK TOWNSEND & STOCKTON LLP

By:   /s/ Gia Cincone
      Gia Cincone
      Attorneys for Plaintiff
      LEVI STRAUSS & CO.

DATED: September 13, 2011        ALSTON & BIRD LLP

By:  /s/ Deborah Yoon Jones
     Deborah Yoon Jones
     Attorneys for Defendants
     PARIGI GROUP LTD.

IT IS SO ORDERED.

DATED:  September 15 , 2011

Hon. Claudia Wilken
United States District Judge

63697723 v1

