1  KILPATRICK TOWNSEND & STOCKTON LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   Two Embarcadero Center Eighth Floor
3  San Francisco, CA  94111
   Telephone:  (415) 576-0200
4  Facsimile:  (415) 576-0300
   Email: ggilchrist@kilpatricktownsend.com
5         gcincone@kilpatricktownsend.com

6  Attorneys for Plaintiff
   LEVI STRAUSS & CO.
7
   ALSTON & BIRD LLP
8  DEBORAH YOON JONES (State Bar No. 178127)
   333 South Hope Street, Sixteenth Floor
9  Los Angeles, California 90071
   Telephone: (213) 576-1000
10 Facsimile: (213) 576-1100
   Email: debbie.jones@alston.com
11
   Attorneys for Defendant
12 PARIGI GROUP LTD.

13

14              UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| 17 | LEVI STRAUSS & CO., | Case No. CV 11-01511 CW |
|---|---|---|
| 18 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 19 | v. | |
| 20 | PARIGI GROUP LTD., | CMC Date:  October 18, 2011<br>CMC Time:  2:00 p.m. |
| 21 | Defendant. | |

22

23       The parties in the above-entitled action have previously requested a continuance of their
24  Case Management Conference in order to allow them to conduct settlement discussions.  The Case
25  Management Conference is currently scheduled for October 18, 2011.
26       The parties continue to engage in active settlement discussions, and believe they are close
27  to a resolution.  Counsel for the defendant are currently traveling, and therefore unable to respond
28



STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW

to plaintiff's most recent settlement proposal.  Accordingly, the parties believe it would be appropriate to continue the Case Management Conference again, for a sufficient amount of time to allow settlement discussions to conclude.  The parties therefore respectfully request that the Case Management Conference currently set for October 18, 2011, be continued for four weeks to November 15, 2011.

Respectfully submitted,

DATED:  October 13, 2011        KILPATRICK TOWNSEND & STOCKTON LLP

By:   /s/ Gia Cincone
      Gia Cincone
      Attorneys for Plaintiff
      LEVI STRAUSS & CO.

DATED:  October 13, 2011        ALSTON & BIRD LLP

By:  /s/ Deborah Yoon Jones
     Deborah Yoon Jones
     Attorneys for Defendants
     PARIGI GROUP LTD.

IT IS SO ORDERED.

DATED:  October 14, 2011

_____
Hon. Claudia Wilken
United States District Judge

63697723 v1



STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. CV 11-01511 CW                                          - 2 -